United States District Court
for the
Southern District of Florida

John Agudelo and Yellow Project Management, Inc., Plaintiffs,

v.

Jose M. Padron, Defendant.

Civil Action No. 18-22612-Civ-Scola

### Order on Plaintiffs' Motion in Limine

On August 27, 2019, the Court held a hearing on the Plaintiffs' motion in limine. (ECF No. 59.) During the hearing, the Defendant agreed to the relief requested in the Plaintiffs' motion. Accordingly, the Court grants the Plaintiffs' motion by agreement. The Defendant is precluded from raising issues related to (1) investigations and news articles regarding Ms. Eugenia Sader; (2) investigations and news articles regarding Mr. Eugen Bejarano Sader; (3) evidence related to Mr. Bejarano Sader's visa status; (4) Venezuelan politics; (5) corruption or illicit activity; and (6) money laundering. The Defendant may present evidence showing that Ms. Eugenia Sader was the Minister of Health of Venezuela during the relevant time period. Accordingly, the Plaintiffs' motion is **granted,** with the exception of allowing the Defendant to present evidence showing that Ms. Sader was the Minister of Health. **(ECF No. 59).**

**The Court also raised a number of questions during the hearing that remain unanswered. The Court ORDERS counsel for the parties to consult with their respective clients regarding the issues raised by the Court. Based on counsel's investigation of the facts and their conversations with their clients, counsel is ordered to file a statement with this Court no later than 3 p.m. on Friday, August 30, 2019 asserting that by trying this case, this Court will not be complicit in a money laundering scheme, a scheme to avoid U.S. or international sanctions, stealing money from the government of Venezuela, or any other illegal activity. The Court takes judicial notice of the cases *USA v. Guruceaga, et al.*, No. 18-cr-20685-KMW (S.D. Fla.) and *USA v. Krull,* 18-cr-20682-CMA (S.D. Fla.) and advises the attorneys to review the allegations in the indictments in those cases prior to filing their statements.**

Done and ordered at Miami, Florida, on August 27, 2019.

Robert N. Scola, Jr.
United States District Judge